```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
PETER EICHIE,                                                        :
:
:
                              Plaintiff,                             :
:         21-cv-10712 (LJL)
       -v-                                                           :
:             ORDER
:
KILOLO KUAKAZI, *Acting Commissioner of Social*                      :
*Security Department for the United States*,                         :
:
                              Defendant.                             :
:
-------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

     Defendant has moved to dismiss this action or, in the alternative, for summary judgment. Dkt. No. 17.  The motion and supporting papers were served on Plaintiff and a Certificate of Service was filed on the docket.  *See* Dkt. No. 21.  Plaintiff has not filed a response to the motion.

     It is hereby ORDERED that Plaintiff shall file a response to Defendants' motion by July 22, 2022.  If Plaintiff fails to file a response by that time, the Court will consider the motion to be unopposed.

     SO ORDERED.

Dated: July 1, 2022
       New York, New York
                                                   LEWIS J. LIMAN
                                           United States District Judge